# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTA CAROLINA BARRIENTOS CALEL, et al.,<br><br>                      Petitioners,<br><br>vs.<br><br>WILLIAM P. BARR, et al.,<br><br>                      Respondents. | CASE NO. 20cv443-LAB (AHG)<br><br>**ORDER GRANTING MOTION TO WITHDRAW PETITION FOR HABEAS CORPUS [Dkt. 3]** |

Petitioner's unopposed Motion to Withdraw Petition for Habeas Corpus is **GRANTED**. Dkt. 3. That Petition is **DISMISSED WITHOUT PREJUDICE**. The hearing currently set for March 17, 2020 is **VACATED**. The clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated: March 13, 2020

*/s/ Larry A. Burns*

**Honorable Larry Alan Burns**
Chief United States District Judge